JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND KENT YARBROUGH, | ) | CASE NO. ED CV 08-01255 JFW (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE |
| GLORIA CONNER TRASK, et al., | ) | |
| Respondents. | ) | |

   Because it is plain that Petitioner presents no claims challenging his conviction or sentence as contravening federal law, the Court withdraws its reference of the matter to the Magistrate Judge and will dismiss the action summarily for failure to state any claim cognizable on habeas corpus.

   "[T]he essence of habeas corpus is an attack by a person in state custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); *see* 28 U.S.C. §§ 2241, 2254. But Petitioner does not challenge either the fact or duration of any custody. Rather, he is aggrieved by recent unlawful detainer proceedings in the Superior Court of California for the County of Riverside. (He attempts to characterize the result of those proceedings as "constructive custody," but the argument is without merit.) Whether or not Petitioner may have some valid claim challenging those

proceedings, or one the litigants therein, is beside the point. Petitioner has invoked habeas corpus, yet nowhere in the petition is any claim fairly invoking The Great Writ, namely by asserting that his confinement (or its duration) violates federal law.

Accordingly, IT IS ORDERED that the Petition is dismissed without prejudice.

DATED: September 17, 2008

John F. Walter /s/  
JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE

Presented By:

_____  
RALPH ZAREFSKY  
UNITED STATES MAGISTRATE JUDGE

- 2 -